UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL ERIC PUGH,<br><br>        Petitioner,<br><br>v.<br><br>TOM FALKNER et al,<br><br>        Respondent. | Case Number: C07-3579 VRW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl E. Pugh T-15269
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: November 19, 2007

                                        Richard W. Wieking, Clerk
                                        By: Cora Klein, Deputy Clerk

                                                    *Cora Klein*