# CALIFORNIA APPELLATE COURTS
## Case Information



**Supreme Court**

Change court

Court data last updated: 12/18/2007 09:53 AM

Case Summary    Docket    Briefs
Disposition    Parties and Attorneys    Lower Court

## Docket (Register of Actions)

**PEOPLE v. PUGH**
**Case Number S118634**

| Date | Description | Notes |
|---|---|---|
| 09/02/2003 | Petition for review filed | By counsel for appellant {Darryll Eric Pugh}. |
| 09/02/2003 | Record requested | |
| 10/28/2003 | Time extended to grant or deny review | To December 1, 2003. |
| 11/12/2003 | Petition for review denied | |

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California

Sidebar: Supreme Court · Welcome · Search · E-mail · Calendar · Help · Opinions · C|C home

# CALIFORNIA APPELLATE COURTS
## Case Information



**Supreme Court**

Supreme Court
Welcome
Search
E-mail
Calendar
Help
Opinions

C|C home

Change court

Court data last updated: 12/18/2007 09:53 AM

Case Summary   Docket   Briefs
Disposition   Parties and Attorneys   Lower Court

## Case Summary

| | |
|---|---|
| Supreme Court Case: | S118634 |
| Court of Appeal Case(s): | Sixth Appellate District H022984 |
| Case Caption: | PEOPLE v. PUGH |
| Case Category: | Review - Criminal Appeal |
| Start Date: | 09/02/2003 |
| Case Status: | closed |
| Issues: | none |
| Disposition Date: | 11/12/2003 |
| Case Citation: | none |

## Cross Referenced Cases

No Cross Referenced Cases Found

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California

# CALIFORNIA APPELLATE COURTS
## Case Information



**Supreme Court**

Change court

Court data last updated: 12/18/2007 09:53 AM

Case Summary   Docket   Briefs
Disposition   Parties and Attorneys   Lower Court

## Case Summary    << search results

| | |
|---|---|
| Supreme Court Case: | S118636 |
| Court of Appeal Case(s): | Sixth Appellate District H024946 |
| Case Caption: | PUGH (DARRYL ERIC) ON H.C. |
| Case Category: | Review - Habeas (criminal) |
| Start Date: | 09/02/2003 |
| Case Status: | closed |
| Issues: | none |
| Disposition Date: | 11/12/2003 |
| Case Citation: | none |

## Cross Referenced Cases
No Cross Referenced Cases Found

Click here to request automatic e-mail notifications about this case.

©2007 Judicial Council of California

# CALIFORNIA APPELLATE COURTS
## Case Information



**Supreme Court**

- Supreme Court
- Welcome
- Search
- E-mail
- Calendar
- Help
- Opinions
- C|C home

Change court

Court data last updated: 12/18/2007 09:53 AM

Case Summary   Docket   Briefs
Disposition   Parties and Attorneys   Lower Court

### Docket (Register of Actions)

PUGH (DARRYL ERIC) ON H.C.
Case Number S118636

| Date | Description | Notes |
|---|---|---|
| 09/02/2003 | Petition for review filed | By counsel for petitioner {Darryl Eric Pugh}. |
| 09/02/2003 | Record requested | |
| 09/12/2003 | 2nd record request | |
| 09/15/2003 | Received Court of Appeal record | file jacket |
| 10/28/2003 | Time extended to grant or deny review | The time for granting or denying review in the above-entitled matter is hereby extended to and including December 1, 2003, or the date upon which review is either granted or denied. |
| 11/12/2003 | Petition for review denied | |

**Click here** to request automatic e-mail notifications about this case.

©2007 Judicial Council of California