# CALIFORNIA APPELLATE COURTS
## Case Information



| | |
|---|---|
| Welcome | **6th Appellate District**    Change court |
| Search | Court data last updated: 12/18/2007 10:05 AM |
| E-mail | |
| Calendar | Case Summary    Docket    Scheduled Actions    Briefs |
| Help | Disposition    Parties and Attorneys    Trial Court |
| Opinions | |

## Case Summary

| | |
|---|---|
| Trial Court Case: | 209556 |
| Court of Appeal Case: | H030561 |
| Division: | |
| Case Caption: | Pugh on Habeas Corpus |
| Case Type: | |
| Filing Date: | 08/23/2006 |
| Oral Argument Date/Time: | |

## Cross Referenced Cases

H022984 The People v. Pugh

H024946 In re Pugh on Habeas Corpus

Click here to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California

# CALIFORNIA APPELLATE COURTS
## Case Information



| | | |
|---|---|---|
| Welcome | **6th Appellate District** | Change court |
| Search | Court data last updated: 12/18/2007 10:05 AM | |
| E-mail | **Case Summary   Docket   Scheduled Actions   Briefs** | |
| Calendar | **Disposition   Parties and Attorneys   Trial Court** | |
| Help | | |
| Opinions | | |

### Docket (Register of Actions)

**Pugh on Habeas Corpus**
Case Number H030561

| Date | Description | Notes |
|---|---|---|
| 08/23/2006 | Petition for a writ of habeas corpus filed. | |
| 09/12/2006 | Case fully briefed. | |
| 09/12/2006 | Order denying petition filed. | pbm, ndm, rjm |
| 09/12/2006 | Case complete. | |
| 11/14/2006 | Record purged - to be shipped to state records center. | |

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California