# CALIFORNIA APPELLATE COURTS
## Case Information



**Supreme Court**

Change court

Court data last updated: 12/18/2007 09:53 AM

Case Summary   Docket   Briefs
Disposition   Parties and Attorneys   Lower Court

## Case Summary   << search results

| | |
|---|---|
| Supreme Court Case: | S147963 |
| Court of Appeal Case(s): | no data found |
| Case Caption: | PUGH (DARRYL) ON H.C. |
| Case Category: | Original Proceeding - Habeas |
| Start Date: | 11/13/2006 |
| Case Status: | closed |
| Issues: | none |
| Disposition Date: | 05/09/2007 |
| Case Citation: | none |

### Cross Referenced Cases
No Cross Referenced Cases Found

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California

# CALIFORNIA APPELLATE COURTS
## Case Information



**Supreme Court**

Supreme Court

Welcome

Search

E-mail

Calendar

Help

Opinions

c|c home

Change court

Court data last updated: 12/18/2007 09:53 AM

Case Summary   Docket   Briefs
Disposition   Parties and Attorneys   Lower Court

### Docket (Register of Actions)

**PUGH (DARRYL) ON H.C.**
**Case Number S147963**

| Date | Description | Notes |
|---|---|---|
| 11/13/2006 | Letter sent to: | Petitioner re original signature needed |
| 11/30/2006 | Petition for writ of habeas corpus filed | Darryl Eric Pugh, petitioner, in pro per |
| 05/09/2007 | Petition for writ of habeas corpus denied | (See In re Clark (1993) 5 Cal.4th 750; In re Robbins (1998) 18 Cal.4th 770, 780.) |

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California