IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL ERIC PUGH,<br><br>      Petitioner,<br><br>  v.<br><br>TOM FELKER, Warden,<br><br>      Respondent.<br>                                    / | No. C 07-3579 VRW<br><br>**JUDGMENT IN A CIVIL CASE** |

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that in accordance with the Court's June 20, 2008 order granting motion to dismiss, judgment in this case shall be entered in favor of respondent and against petitioner.

Dated:  June 20, 2008                                                                Richard W. Wieking, Clerk

                                                                                             By: *Cora Klein*

                                                                                          Deputy Clerk