UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Pugh,

       Petitioner,

  v.

Felker, et al,

       Respondent.
                                  /

Case Number: C07-3579 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl E. Pugh T-15269
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Juliet B. Haley - e-notified
California Attorney Generals Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dated: June 20, 2008

                                        Richard W. Wieking, Clerk
                                        By: Cora Klein, Deputy Clerk

                                        *Cora Klein*